UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALAMABA
SOUTHERN DIVISION

| | |
|---|---|
| KELLEY MCDONALD and TAYLOR SMITH, individually and on behalf of all others similarly situated, | Case No.: <br><br> **COLLECTIVE ACTION** |
| Plaintiffs, | |
| v. | |
| S.J.B. CORPORATION dba SAMMY'S, an Alabama Corporation; PATRICIA CANTAVESPRE, an individual; SAMMY RUSSO, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive, | |
| Defendants | |

**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Kelley McDonald provides the following information:

**INTERESTED PARTIES**

1. Plaintiff Kelley McDonald;
2. Plaintiff Taylor Smith;
3. Defendant S.J.B. Corporation dba Sammy's, an Alabama Corporation;
4. Defendant Patricia Cantavespre, an individual;
5. Defendant Russo, an individual;
6. Defendant Doe Managers 1 through 3;
7. Defendant Does 4 through 10, inclusive;
8. Putative FLSA Collective Members - All persons who worked as exotic dancers

at The Furnace at any time since the three (3) years preceding the filing of the Complaint in this action.

## CORPORATE DISCLOSURE

Plaintiffs makes the following disclosure concerning parent companies, subsidiaries, departments, limited liability entity members and managers, trustees, affiliates, or similar entities reportable:

1. Plaintiff Kelley McDonald is an individual.
2. Plaintiff Taylor Smith is an individual.

Dated: April 6, 2024

**s/ Jason P. Tortorici**
Jason P. Tortorici
**SCHILLECI & TORTORICI, P.C.**
100 Centerview Drive, Suite 205
Birmingham, Alabama 35233
Telephone: (205) 978-4211
*jpt@schillecitortoricilaw.com*

John P. Kristensen
**KRISTENSEN LAW GROUP**
120 Santa Barbara Street, Suite C9
Santa Barbara, California 93101
Telephone: (805) 837-2000
*john@kristensenlaw.com*
(*Pro Hac Vice* forthcoming)

Jarrett L. Ellzey
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
*jarrett@hughesellzey.com*
(*Pro Hac Vice* forthcoming)

***Attorneys for Plaintiff and all others similarly situated***