FILED
2024 Nov-25 PM 06:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT -1-

| Last Name | First Name | Stage Name | Dates Worked | Minimum Wage Hours Est. | Estimated Min. Wage | Liquidated Min. Wage | No. of Shifts | Stage Fees Per Shift | Total Est. Stage Fees | Liquidated Stage Fees | Forced Tips Per Shift | Total Est. Forced Tips | Liquidated Forced Tips | Total Estimated Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avent | Destiny | Destini | June 2023 to February 2024 | 525 | $3,806.25 | $7,612.50 | 75 | $20.00 | $1,500.00 | $3,000.00 | $30.00 | $2,250.00 | $4,500.00 | $15,112.50 |
| Cardona | Angel | London | July 2021 to Jan 2023 | 1050 | $7,612.50 | $15,225.00 | 150 | $50.00 | $7,500.00 | $15,000.00 | $40.00 | $6,000.00 | $12,000.00 | $42,225.00 |
| Evans | Jacquese | Jackie Brown | September 2023 to present | 640 | $4,640.00 | $9,280.00 | 80 | 35 | $2,800.00 | $5,600.00 | $30.00 | $2,400.00 | $4,800.00 | $19,680.00 |
| Gordon | Destiny | Velvet | Feb. to October/Nov. 2023 | 450 | $3,262.50 | $6,525.00 | 60 | $25.00 | $1,500.00 | $3,000.00 | $40.00 | $2,400.00 | $4,800.00 | $14,325.00 |
| Jeronymo | Stephanie | Athena | ept. to Dec. 2023 | 112 | $812.00 | $1,624.00 | 16 | $35.00 | $560.00 | $1,120.00 | $30.00 | $480.00 | $960.00 | $3,704.00 |
| Kavanagh | Ashley | Jamie | Aug 2021 to Aug 2022 | 630 | $4,567.50 | $9,135.00 | 84 | $35.00 | $2,940.00 | $5,880.00 | $15.00 | $1,260.00 | $2,520.00 | $17,535.00 |
| Mastropolo | Peyton | Luna | Feb to Oct. 2021; Aug. 2023-March 2024 | 960 | $6,960.00 | $13,920.00 | 120 | $50.00 | $6,000.00 | $12,000.00 | $30.00 | $3,600.00 | $7,200.00 | $33,120.00 |
| McDonald | Kelley | Puddin | to Dec. 28, 2023 | 800 | $5,800.00 | $11,600.00 | 100 | 35 | $3,500.00 | $7,000.00 | $30.00 | $3,000.00 | $6,000.00 | $24,600.00 |
| Smith | Taylor | Barbie | March 2023 to July 2023 and then from November 2023 to January 2024 | 640 | $4,640.00 | $9,280.00 | 80 | 35 | $2,800.00 | $5,600.00 | $30.00 | $2,400.00 | $4,800.00 | $19,680.00 |
| Smith | Britney | Black Diamond | 2018 to December 2022 | 1050 | $7,612.50 | $15,225.00 | 150 | $100.00 | $15,000.00 | $30,000.00 | $30.00 | $4,500.00 | $9,000.00 | $54,225.00 |
| Martin | Brooke | Blake | Dec. 2020 to March 2023 | 2352 | $17,052.00 | $34,104.00 | 336 | $60.00 | $20,160.00 | $40,320.00 | $75.00 | $25,200.00 | $50,400.00 | $124,824.00 |
| | | | | | | | 1251 | | | | | | | $369,030.50 |