FILED
2024 Nov-25 PM 06:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT -24-

| Firm | Invoice No. | Date | Payment No. | Payment Form | Source Name | Memo | Cost |
|---|---|---|---|---|---|---|---|
| KLG | | 4/15/24 | | AMEX | NDAL | PHV Fee | $100.00 |
| SC | | 4/15/2024 | | | | Service on Patty Cantavespre | $550.00 |
| SC | | 4/15/2024 | | | | Service on Sammy Russo | $550.00 |
| SC | | 4/15/2024 | | | | Service on S.J.B. Corp. | $550.00 |
| SC | | 4/15/2024 | | | | Complaint | $405.00 |
| KLG | | 10/15/2024 | | | | Flight to Alabama | $1,572.38 |
| SC | | 10/28/2024 | | | | Coffee and Donuts - Depo of Artrip and Johnson | $75.00 |
| KLG | | 10/28/2024 | | | | Uber to airport | $11.60 |
| KLG | | 10/28/2024 | | | | Wifi on Flight 2 | $10.00 |
| KLG | | 10/28/2024 | | | | Wifi on Flight 2 | $8.00 |
| SC | | 10/29/2024 | | | | Courthouse Cafe- breakfast for plaintiffs | $124.78 |
| KLG | | 10/29/2024 | | | | Dinner - JPK | $87.18 |
| KLG | | 10/30/2024 | | | | Uber to airport | $17.00 |
| KLG | | 10/30/2024 | | | | Hotel in B'ham - 2 nights | $902.53 |
| KLG | | 10/30/2024 | | | | Parking | $63.00 |
| KLG | | 10/30/2024 | | | | Starbucks - DIA | $11.64 |
| SC | 7864972 | 11/13/2024 | | | Veritext | Client Deposition Transcripts | 1,596.15 |
| KLG | 1205789 | 11/20/2024 | | | Ben Hyatt | Transcript - John Threatt | $1,472.00 |
| KLG | 1205715 | 11/20/2024 | | | Ben Hyatt | Video - John Threatt | $618.75 |
| | | | | | | **Total** | **$8,725.01** |